FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 05, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTOPHER ALAN LANFRI,<br><br>　　　　　Defendant. | No. 2:17-cr-00197-SAB<br><br>**ORDER GRANTING MOTION FOR PROTECTIVE ORDER** |

　　　Before the Court is the parties' Stipulated Motion re: Computer Forensic Review Procedures for Child Pornography Contraband, ECF No. 21, and related Motion to Expedite, ECF No. 22. Having considered the motion, the Court finds the prohibition on the reproduction of child pornography mandated by 18 U.S.C. § 3509(m), applies to this case. Therefore, the Court **grants** the parties' motion.

//
//
//
//
//
//
//
//
//
//

ORDER GRANTING MOTION FOR PROTECTIVE ORDER + 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion re: Computer Forensic Review Procedures for Child Pornography Contraband, ECF No. 21, and Motion to Expedite, ECF No. 22, are **GRANTED**.

2. The prohibition on reproduction of child pornography mandated by 18 U.S.C. § 3509(m), applies to this case. The parties shall comply with the terms of the stipulation, *see* ECF No. 21.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 5th day of February 2018.



_____
Stanley A. Bastian
United States District Judge

ORDER GRANTING MOTION FOR PROTECTIVE ORDER + 2